IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES ELMORE                                                                                           **PLAINTIFF**

VS.                                               **Case No. 04-CV-1062**

**UNITED STEELWORKERS**                                                **DEFENDANTS**
**OF AMERICA, et al.**

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (Doc. 11). Plaintiff has filed a Response. (Doc. 14). Defendants have also filed a Reply brief. (Doc. 17). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the motion should be and hereby is **granted** and this lawsuit is hereby **dismissed with prejudice**.

**IT IS SO ORDERED** this 31st day of August, 2005.

                                              /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Judge